IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERRY S., | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
|     v. | : | |
| | : | |
| MICHELLE KING, | : | |
| Acting Commissioner of the | : | |
| Social Security Administration, | : | |
|     Defendant | : | NO. 24-2345 |

### ORDER

**AND NOW**, this 3rd day of February 2025, for the reasons contained in the court's Memorandum, it is hereby **ORDERED** that Plaintiff's Request for Review is **GRANTED**, and, this matter, pursuant to **sentence four** of 42 U.S.C. 405(g), is **REMANDED** to the Commissioner. Upon remand, the ALJ shall discuss the evidence and clearly state whether Plaintiff's testimony is consistent with the record evidence regarding her ability to perform frequent gross and fine finger manipulation. She shall assess whether this ability affects Plaintiff's RFC, and determine whether additional testimony by the VE is warranted. The ALJ shall also explain her characterization of Plaintiff's care as "routine and conservative." Finally, the ALJ shall construct a hypothetical that considers an individual of Plaintiff's age during the relevant period. If any jobs exist that Plaintiff can perform, then the ALJ shall solicit testimony from the VE on job numbers from the relevant period.

**IT IS SO ORDERED**.

BY THE COURT:

    */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge